KAREN MANDEL
ELISE WHANG
SERENA VISWANATHAN
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, D.C. 20580
Tel.: 202-326-2491 (Mandel), -2061 (Whang), -3244 (Viswanathan)
Fax: 202-326-3259
Attorneys for Plaintiff Federal Trade Commission

KATHLEEN CONNORS PIECHOWIAK (Florida Bar No. 51398)
Assistant Attorney General
Office of the Attorney General
1300 Riverplace Blvd., Suite 405
Jacksonville, FL 32207
Tel.: 904-348-2720
Fax: 904-858-6918
Attorneys for Plaintiff State of Florida

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and OFFICE OF ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, STATE OF FLORIDA,<br><br>Plaintiffs,<br><br>v.<br><br>ALCOHOLISM CURE CORPORATION, also doing business as Alcoholism Cure Foundation, and<br>ROBERT DOUGLAS KROTZER, individually and as an officer and/or director of Alcoholism Cure Corporation,<br><br>Defendants. | Case No. 3:10-cv-00266-MMH-TEM<br><br><br><br>**UNOPPOSED MOTION FOR ENTRY OF A STIPULATED ORDER FOR PRELIMINARY INJUNCTION** |

Plaintiffs Federal Trade Commission and the State of Florida respectfully move this

Court, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 USC § 53(b), and Federal Rule of Civil Procedure 65(a), to grant this Unopposed Motion for Entry of a Stipulated Order for Preliminary Injunction ("Motion"). In support of this Motion, the Plaintiffs state as follows:

1. On March 29, 2010, Plaintiffs filed a Complaint for Permanent Injunction and Other Equitable Relief against Defendants Alcoholism Cure Corporation and Robert Douglas Krotzer.

2. Plaintiffs also intended to file a Motion for Preliminary Injunction Order and Memorandum in Support thereof ("Motion for Preliminary Injunction") once Defendants were served and the parties conferred regarding the sealing of certain materials to be appended to Plaintiffs' Motion for Preliminary Injunction in accordance to the Court's Order entered on April 6, 2010. (Dkt. No. 7.)

3. In the interim, the parties have agreed to a Stipulated Order for Preliminary Injunction that obviates the need for Plaintiffs to file a Motion for Preliminary Injunction.

Therefore, the Plaintiffs respectfully request the Court to grant this Unopposed Motion for Entry of a Stipulated Order for Preliminary Injunction. Defendants do not oppose this request.

Dated: May 6, 2010                                   Respectfully submitted,


s/Kathleen Connors Piechowiak                        s/Elise Whang
KATHLEEN CONNORS PIECHOWIAK                          KAREN MANDEL
Assistant Attorney General                           ELISE WHANG
Fla. Bar No. 51398                                   SERENA VISWANATHAN
Office of the Attorney General                       Trial Counsel
1300 Riverplace Blvd., Suite 405                     FEDERAL TRADE COMMISSION
Jacksonville, FL 32207                               600 Pennsylvania Avenue, NW, NJ-3212
Tel.:   904-348-2720                                 Washington, D.C. 20580
Fax:    904-858-6918                                 Tel.:   202-326-2491 (Mandel)
kathleen.piechowiak@myfloridalegal.com                       202-326-2061 (Whang)
                                                             202-326-3244 (Viswanathan)
Attorney for Plaintiff                               Fax:    202-326-3259
State of Florida                                     kmandel@ftc.gov
                                                     ewhang@ftc.gov
                                                     sviswanathan@ftc.gov

                                                     Attorneys for Plaintiff
                                                     Federal Trade Commission