**Progent service for Guilt Free Drinking performed by Jared Miles on 1/28/2011**

Sunday, January 30, 2011 11:19 AM
From:
"Progent Services" <TRC@progent.com>
Add sender to Contacts
To:
doug@guiltfreedrinking.com
Cc:
Jared.Miles@progent.com, Chris.Taylor@progent.com

# Progent

Information Technology Consultants

## Service Report

Progent Corporation
560 South Winchester Blvd.
San Jose, CA 95128
(800) 993-9400

### Contract Information:

| | |
|---|---|
| Company Name: | Guilt Free Drinking |
| Engineer: | Jared Miles |
| Salesperson: | Terry Doonan |

### Service Information:

| | |
|---|---|
| Service date: | 01/28/2011 |
| Service performed: | Remote |
| Service contact: | Doug Krotzer |
| Location: | Jacksonville, FL |
| Rate type: | Remote |

### Task Details:

| | |
|---|---|
| Task start time: | 11:05 AM |
| Task type: | Troubleshooting |
| Task area: | Other |
| Description of task: | Misc. Problems |

Technical details:
Terry emailed me with a list a problems that Doug was experiencing and asked if I could help.

- Called Doug and connected to the two computers using TeamViewer
- Went over the following list:

    **JERRY**

**HOW TO DO RESTORE THAT HELPS after REWIPE** -
"unable to format DVD" comes up on insertion, but did not

on "Backup and Restore"

- Tested the Driver with a DVDRW with Success. May have been using a DVD-R

**PROGENT**
**Main Laptop**

Dialog Windows often lap over top and bottom, sometimes hiding buttons to operate that are at the bottom. Perhaps just too low a resolution?

- Change the resolution

Ultraslow downloading ⁻ seems to download several times, first time 7 seconds after opening page ⁻ trying to scroll seems to make it happen (tried deactivate download part of information bar, not seem to help) scrolling often requires 12 seconds to work, some click buttons not work, or only with 20 second delay. AFFECTS BOTH PUTERS Possibly logitec?

- Tried to test using Speedtest.net
- Would not run because did not have the latest version of Flash
- Installed the latest version of Flash
- Tested Bandwidth. 11 Down - 1.2 Up
- Tested WSJ.com with success. May have been Flash that was causing the issue

**Main Desktop IE 9**

Daily asked to validate Windows number. I may have installed Office Basic, uninstalled it and installed Home and Office (which says it's validated.) Tried 2x to validate Basic with the only Basic number I have. Says no good, which probably means the one I installed was from another Basic for which I no longer have the disk(validation #)

- Found the correct ID and registered with Microsoft

| | |
|---|---|
| Task end time: | 11:56 AM |
| Time off: | 0 minutes |
| Total task time: | **0 hours, 51 minutes** (51 minutes or 0.85 hours) |

**Total Service Time:**

| | |
|---|---|
| Total service time: | **0 hours, 51 minutes** (51 minutes or 0.85 hours) |
| Total travel time: | **0 hours, 0 minutes** (0 minutes or 0.00 hours) |
| Total billable time: | **0 hours, 51 minutes** (51 minutes or 0.85 hours) |