**Progent service for Guilt Free Drinking performed by Jared Miles on 1/31/2011**

Tuesday, February 1, 2011 3:09 PM
From:
"Progent Services" <TRC@progent.com>
Add sender to Contacts
To:
doug@guiltfreedrinking.com
Cc:
Jared.Miles@progent.com, Chris.Taylor@progent.com

# Progent

**Service Report**

Progent Corporation
560 South Winchester Blvd.
San Jose, CA 95128
(800) 993-9400

Information Technology Consultants

## Contract Information:

| | |
|---|---|
| Company Name: | Guilt Free Drinking |
| Engineer: | Jared Miles |
| Salesperson: | Terry Doonan |

## Service Information:

| | |
|---|---|
| Service date: | 01/31/2011 |
| Service performed: | Remote |
| Service contact: | Doug Krotzer |
| Location: | Jacksonville, FL |
| Rate type: | Remote |

## Task Details:

| | |
|---|---|
| Task start time: | 01:32 PM |
| Task type: | Troubleshooting |
| Task area: | Other |
| Description of task: | Display issues, Desktop Icon problems and HP software install issue |

Technical details:
Doug emailed me asking me to fix some problems on his computer

- Connected to Doug's computer using TeamViewer
- Looked at his display problems with Quickbooks
- Shutdown Quickbooks
- Changed the Resolution
- Changed the fonts on the menus to Verdana 10
- Quickbooks is still displaying very small
- Researched how to change the font size in

- Quickbooks
  http://qbblog.ccrsoftware.info/2008/09/relief-for-tired-quickbooks-eyes/
- Edited the QBW.ini file and added the font:
  FontName=Verdana
  FontSize=14
- Restarted Quickbooks
- Font was too large
- Edited QBW.ini file again and changed to 11
- Font was now too small
- Changed to 12
- Font fit very nicely in the Window
- HP SolutionCenter was trying to install on restart
- Searched the Registry and found the .msi install file and removed
- Restarted the machine
- Still trying to install on print jobs
- Found and downloaded Microsoft's Windows Installer Cleaner
- Removed the SolutionCenter from the install list
- Restarted and tested
- Software did not try to install

| | |
|---|---|
| Task end time: | 02:45 PM |
| Time off: | 0 minutes |
| Total task time: | **1 hours, 13 minutes** (73 minutes or 1.22 hours) |

---

**Total Service Time:**

| | |
|---|---|
| Total service time: | **1 hours, 13 minutes** (73 minutes or 1.22 hours) |
| Total travel time: | **0 hours, 0 minutes** (0 minutes or 0.00 hours) |
| Total billable time: | |