**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERAL TRADE COMMISSION and
OFFICE OF ATTORNEY GENERAL,
DEPARTMENT OF LEGAL AFFAIRS,
STATE OF FLORIDA,

         Plaintiffs,

vs.              Case No. 3:10-cv-266-J-34JBT

ALCOHOLISM CURE CORPORATION,
also doing business as Alcoholism Cure
Foundation, and ROBERT DOUGLAS
KROTZER, individually and as an officer
and/or director of Alcoholism Cure
Corporation,
         Defendants.

_____

**ORDER GRANTING JUDGMENT OF DEFAULT AGAINST
<u>DEFENDANT ALCOHOLISM CURE CORPORATION</u>**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 169; Report), entered on December 5, 2011. In the Report, Magistrate Judge Toomey recommends that the Court grant Plaintiffs' Renewed Motion for Entry of Default Judgment Against Defendant Alcoholism Cure Corporation, doing business as Alcoholism Cure Foundation ("ACF") (Doc. 161; Motion), and enter judgment against Defendant ACF and in favor of the Plaintiffs. Specifically, Judge Toomey recommends that ACF be found liable for the unlawful conduct alleged in Counts I through VII of the Complaint (Doc. 1; Complaint). <u>See</u> Report at 15. Neither Plaintiffs nor Defendants objected to the

Report within the time period allowed. As such, this Court is not required to conduct a de novo review of the findings of fact made by the Magistrate Judge. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, this Court does review the legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record, and the legal conclusions are correct. Thus, the Court will accept and adopt the Report and Recommendation of the Magistrate Judge. In light of the foregoing, Plaintiffs' Motion will be granted, and default judgment will be entered against Defendant ACF, finding ACF liable under each of Counts I through VII of the Complaint. The Court will supplement this determination with an Order On Remedies, and a Final Judgment and Order for Permanent Injunctive and Other Equitable Relief Against Defendants Alcoholism Cure Corporation and Robert Douglas Krotzer, to be filed concurrently with this Order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation (Doc. 169) of Magistrate Judge Toomey, as supplemented by the Order on Remedies, and Final Judgment and Order for Permanent Injunctive and Other Equitable Relief Against Defendants Alcoholism Cure Corporation and Robert Douglas Krotzer, to be filed concurrently with this Order, is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Renewed Motion for Entry of Default Judgment Against Defendant Alcoholism Cure Corporation (Doc. 161) is **GRANTED**.

3. Concurrent with this Order, the Court will enter an Order On Remedies, and a Final Judgment and Order for Permanent Injunctive and Other Equitable Relief Against Defendants Alcoholism Cure Corporation and Robert Douglas Krotzer.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of July, 2012.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc12
Copies to:
Counsel of Record
Unrepresented Party