# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

#3:10-CV-00266-MMH–JBT

FEDERAL TRADE COMMISSION et.al.

Plaintiffs

v.

ALCOHOLISM CURE CORPORATION, et. al.

Defendants

NOTICE: TEMPORARY INABILITY TO FILE EXHIBITS IN THE ECM SYSTEM

December 9, 10 2014

1. Two days ago I tried to file Amended Affidavit to Purge Contempt.

2. On December 9, I attempted to file and was blocked for PDF documents with too many megabytes.

3. On December 10, with those problems resolved, the ECM system locked up and would not except all properly formed exhibits.

4. I believe the problem is somehow related to too many exhibits (96) and I will be working with the Clerks this morning to remedy the problem.

5. In the meantime, the Court should know an Amended copy with slightly different exhibits and shortened and improved text and Exhibit references is on the way

Dated:  December 11, 2015

_____

Robert D. Krotzer, PRO SE
13649 Shipwatch Drive
Jacksonville, FL 32225
904-234-0103
doug@GuiltFreeDrinking.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

_____

Robert D. Krotzer, PRO SE
724 Trotwood Trace Court
904-234-0103
Wonderfull2day@yahoo.com