UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION
and FLORIDA OFFICE OF
ATTORNEY GENERAL,
DEPARTMENT OF LEGAL
AFFAIRS,

      Plaintiffs,

v.                                                        CASE NO.  3:10-cv-266-J-34JBT

ALCOHOLISM CURE
CORPORATION, also doing
business as Alcoholism Cure
Foundation, and ROBERT
DOUGLAS KROTZER, individually
and as an officer and/or director of
Alcoholism Cure Corporation,

      Defendants.
_____/

## ORDER

      **THIS CAUSE** is before the Court on Defendant Robert Krotzer's Unopposed Motion to Protect Privacy Rights ("Motion") (Doc. 224).  Upon consideration, the Motion is due to be **DENIED**.

      Mr. Krotzer requests that the Court allow him to file under seal customer lists, and to provide a hard copy of certain documents and a flash drive of other documents "with more pages than are practical as hardcopy in their entirety." (Doc. 224 at 1–2.)

Local Rule 1.09(a) requires that a motion to seal include, among other things, "the reason that filing each item is necessary." In support of his request to seal Mr. Krotzer relies on the Court's language in the Final Judgment and Order for Permanent Injunctive and Other Equitable Relief Against Defendants Alcoholism Cure Corporation and Robert Douglas Krotzer (Doc. 173). The Order states: "The [customer list] report shall be submitted to Plaintiffs electronically . . . in a format to be approved in advance by a representative of Plaintiffs . . . , and shall not be filed in the public record . . . ." (Doc. 173 at 13.) Thus, Mr. Krotzer need not file the customer lists with the Court at all and should provide them only to Plaintiffs.

Mr. Krotzer also fails to explain what other documents he seeks to file and why filing such documents is necessary. To the extent Mr. Krotzer seeks to file any documents that are required to be filed with the Court (and not provided only to Plaintiffs), he should contact the Clerk's Office for instructions on what format such filings should be provided in.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 224**) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, on January 11, 2016.

_____
JOEL B. TOOMEY
United States Magistrate Judge

2

Copies to:

Counsel of Record

Pro Se Parties