# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION et.al.<br><br>Plaintiffs v.<br><br>ALCOHOLISM CURE CORPORATION, et. al.<br><br>Defendants | **NOTICE OF FILING**<br><br>**EXHIBIT E**<br><br>#3:10-CV-00266-MMH–JBT |

Due to prior omission, I am filing Exhibit E to Fourth Amended Affidavit to Purge Contempt *(Dkt. 226)*

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY that on February 4, 2016, I electronically filed with the Clerk of the Court using CM/ECF this Notice.

Respectfully submitted,

Robert Douglas Krotzer, *Pro Se*
724 Trotwood Trace Court
St Johns, FL 32259
904-234-0103
wonderfull2day@yahoo.com